■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER WELCH, Appellant. [48 NYS3d 627]—Appeals by the defendant from three judgments of the County Court, Westchester County (Minihan, J.), all rendered November 24, 2015, convicting him of assault in the second degree under Superior Court Information No. 15-00791, assault in the second degree under Superior Court Information No. 15-00792, and menacing in the second degree under Superior Court Information No. 15-00796, upon his pleas of guilty, and imposing sentences. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgments are affirmed.

We are satisfied with the sufficiency of the brief filed by the

defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeals. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.; Matter of Giovanni S. [Jasmin A.],* 89 AD3d 252 [2011]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Mastro, J.P., Leventhal, Hall and Cohen, JJ., concur.